IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E HYDE
ADC #163835                                                                PLAINTIFF

VS.                         5:17-CV-00253-BRW

SHERRI FLYNN, Director,
SOSRA                                                                      DEFENDANT

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of December, 2017.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE